# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-5747

_____

ANTONIO GIBBONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

March 22, 2018

PER CURIAM.

Appellant, Antonio Gibbons, contends the trial court erred in denying his motion for judgment of acquittal as to the count of possession of a firearm by a convicted felon.  He has not challenged his remaining convictions. Appellant asserts the State failed, due to insufficient evidence of his prior convictions, to satisfy its burden of presenting a prima facie case on the felon-in-possession count.  Upon consideration of the State's confession of error, we reverse and remand. The trial court is instructed to vacate the judgment and sentence on the conviction for possession of a firearm by a convicted felon, and to resentence consistent with a new scoresheet.

REVERSED, and REMANDED with instructions.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Candice K. Brower, Regional Counsel, and Melissa J. Ford,
Assistant Conflict Counsel, for the Office of Criminal Conflict and
Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg,
Assistant Attorney General, Tallahassee, for Appellee.